UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**WALTERLEY ROBSON MARTINS,**

                         **Petitioner,**

vs.                                                                                          9:26-cv-00095
                                                                             (MAD)

**FREDERICK J. AKSHAR II,** *in his official capacity as Sheriff, Broome County Correctional Facility*; **JUDITH ALMODOVAR,** *in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customs Enforcement*; **KRISTI NOEM,** *in her official capacity as Secretary, U.S. Department of Homeland Security*; **TODD M. LYONS,** *in his official capacity as Acting Director, Immigration & Customs Enforcement*; **and PAMELA BONDI,** *in her official capacity as Attorney General, U.S. Department of Justice*,

                         **Respondents.**

---

### ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Motion for Temporary Restraining Order, Dkt. No. 2, and Petition for Writ of Habeas Corpus, Dkt. No. 1, and good cause having been shown for the relief granted herein,

**IT IS ORDERED** that Respondents appear before the United States District Court for the Northern District of New York, located at 445 Broadway, Albany, New York 12207, Courtroom 1, on **Monday, February 2, 2026, at 10:30 AM** and **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted.

**IT IS FURTHER ORDERED** that Respondents file a response to the Petition no later than Monday, January 26, 2026.

1

**IT IS FURTHER ORDERED** that Petitioner shall have the opportunity to file a reply by Wednesday, January 28, 2026.

**IT IS FURTHER ORDERED** that Respondents are enjoined from moving Petitioner outside the jurisdiction of the Northern District of New York until this civil action is resolved.

**IT IS SO ORDERED.**

Dated: January 22, 2026
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge